UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -6 PM 4:36
LORETTA G. WHYTE
CLERK

06-7526

SECT. D MAG 3

| | | |
|---|---|---|
| GRAYLING VITAL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| COASTAL CATERING, L. L. C. AND HESS CORPORATION, A DELAWARE CORPORATION | * * | SECTION |
| | | MAGISTRATE |

*************************************************************************

## COMPLAINT UNDER THE JONES ACT AND GENERAL MARITIME LAW

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law and the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff is an American seaman and presently resides in the City of St. Martinville, State of Louisiana; defendant COASTAL CATERING, L. L. C., is a limited liability corporation organized under laws of the State of Louisiana and doing business in this parish and state and, at all pertinent times hereto, was the employer of plaintiff, GRAYLING VITAL; defendant, HESS CORPORATION, A DELAWARE CORPORATION, is a foreign corporation organized under laws other than the State of Louisiana but doing business in this Parish and State and, at all pertinent times hereto operated and managed the barge upon which GRAYLING VITAL was employed on the date of the incident complained of.

Fee $350
Process
X Dktd
CtRmDep
Doc. No.

3.

On or about July 26, 2006 plaintiff, GRAYLING VITAL, employed as a galley hand for COASTAL CATERING, L. L. C. slipped down a flight of stairs which was wet and slippery on defendants' barge while carrying a case of water. There was no non-skid on the stairs and there was insufficient grid present on the top step for plaintiff to turn and open the door to the galley.

4.

The defendants, COASTAL CATERING, L. L. C. and HESS CORPORATION, A DELAWARE CORPORATION and/or its agents and crew are guilty of negligence in failing to provide your petitioner with a safe place to work and with an adequately trained crew who could have avoided your petitioner's injuries; defendant, HESS CORPORATION, A DELAWARE CORPORATION had an absolute and non-delegable duty to provide a seaworthy vessel to plaintiff. The aforesaid conditions and actions of the vessel's owners and operators in failing to have non-skid on the vessel's stairs and having insufficient grid on the top stairs rendered the barge unseaworthy in accordance with the general maritime law as described above.

5.

As a direct and proximate cause of the negligence of the defendants and the unseaworthiness of said barge, plaintiff has sustained the following injuries and damages:

Severe injury to his right shoulder, right hand and fingers, lumbar and cervical strain, traumatic stress syndrome, loss of future earnings, loss of future earning capacity, pain and suffering, mental and physical anguish, discomfort, inconvenience, loss of enjoyment of life and emotional stress and strain.

6.

The defendant COASTAL CATERING, L. L. C.has a duty to provide plaintiff with maintenance and cure.

7.

Plaintiff, as a result of the aforesaid accident, has expended and will expend for a reasonable period of time in the future for his maintenance the sum of $35.00 per day while he is disabled and unable to work.

8.

Plaintiff has made demand upon defendant to provide him with maintenance and cure to no avail and is therefore entitled to receive penalties and attorneys fees for the failure of the defendant to pay maintenance and cure.

9.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, GRAYLING VITAL demands judgment against defendants, COASTAL CATERING, L. L. C. and HESS CORPORATION, A DELAWARE CORPORATION in the full sum of SEVEN HUNDRED THOUSAND DOLLARS AND NO/100 ($700,000.00) AND THIRTY-FIVE AND NO/100 ($35.00) per day in the form of maintenance and cure, together with any and all medical expenses incurred as a result of his injury onboard defendants' barge,

for all costs, legal interest, trial by jury and other equitable relief.

Respectfully submitted,

DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, GRAYLING VITAL

PLEASE SERVE:

COASTAL CATERING, L. L. C.
Through its agent for service of process:
James Gary Fister, II
3447 Bayou Black Dr.
Houma, LA 70360

HESS CORPORATION, A DELAWARE CORPORATION
Through its agent for service of process:
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809