UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GRAYLING VITAL | * | CIVIL ACTION |
| VERSUS | * | NO. 06-7526 |
| COASTWIDE MARINE CONTRACTORS, LLC | * | SECTION "D" (3) |

**SPECIAL INTERROGATORIES TO THE JURY**

1. Do you find from a preponderance of the evidence that the vessel, the M/V MR. BOB, was unseaworthy and that its unseaworthiness was a legal cause of injury to Grayling Vital?

YES__________ NO ✓

(**NOTE**: If you answered "NO" to Question 1, do not answer any more questions, but have the Foreperson sign and date this Form and return to the courtroom. If you answered "YES" to Question No. 1, proceed to answer Question 2.).

2. Do you find from a preponderance of the evidence that the Plaintiff, Grayling Vital, was negligent and that his own negligence was a legal cause of his injury?

YES___________ NO___________

(**NOTE:** If you answered "NO" to Question 2, do not answer Question 3, but proceed to answer Question 4. If you answered "YES" to Question No. 2, proceed to answer Question 3.).

3. Allocation of fault for Plaintiff's injury:

To what extent did the **unseaworthiness of the vessel, the M/V MR. BOB**, as found in answer to Question 1, contribute to the injury of Grayling Vital?
(Express as a percentage)..................____________%

To what extent did the **negligence of Grayling Vital**, as found in answer to Question 2, contribute to his own injury?
(Express as a percentage)..................____________%

**TOTAL MUST EQUAL 100%**

4. What amount of money do you find will fairly and adequately compensate, Grayling Vital, for his injury? *(Do not make any deductions for the Plaintiff's negligence, if any. The court will make any calculations that are necessary.)*.

(a) Future medical expenses..............$______________

(b) Past loss of income..................$______________

(c) Future loss of earning capacity......$______________

(d) Past and future pain and suffering, (physical and mental) and disability $______________

SO SAY WE ALL

DATE: 1-16-08

Michael B. Underwood

FOREPERSON