UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GRAYLING VITAL | CIVIL ACTION |
| VERSUS | NO. 06-7526 |
| COASTAL CATERING, LLC, ET AL | SECTION: "D" (3) |

# JUDGMENT

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Coastwide Marine Contractors, LLC, 3-L Leasing, LLC and Southern States Offshore, LLC, and against plaintiff, Grayling Vital, dismissing plaintiff's complaint with prejudice, and at plaintiff's costs.

New Orleans, Louisiana, this 18th day of January, 2008.

A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE